**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANITA N. YU and YUN CHIU YU, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case #: 10-cv-2277 |
| vs. | ) | Judge Amy J. St. Eve |
| | ) | Magistrate Judge Nan R. Nolan |
| BAC HOME LOANS SERVICING, LP; | ) | |
| BAC GP, LLC; | ) | |
| BANK OF AMERICA, N.A.; | ) | |
| STEWART TITLE GUARANTY | ) | |
| COMPANY; and | ) | |
| RESIDENTIAL TITLE SERVICES, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiffs, Anita N. Yu and Yun Chiu Yu, by counsel, and defendants BAC Home Loans

Servicing, LP, BAC GP, LLC, Bank of America, N.A., and Stewart Title Guaranty Company, by

counsel, hereby stipulate and agree that all matters herein between these parties have been

compromised and settled, and that plaintiffs' cause against defendants should be and by means of

this stipulation is dismissed with prejudice with each party to bear their own costs and attorneys'

fees.

Respectfully submitted,

s/Tara L. Goodwin                                          s/Caroline Kwak
Daniel A. Edelman                                          Caroline Kwak
Cathleen M. Combs                                          J. Michael Williams
James O. Latturner                                         Cohon Raizes and Regal LLP
Tara L. Goodwin                                            208 South LaSalle Street
Rupali R. Shah                                             Suite 1860
EDELMAN, COMBS, LATTURNER, & GOODWIN                       Chicago, IL 60604
120 S. LaSalle St., Suite 1800                             *Counsel for Defendant (Stewart)*
Chicago, IL 60603
*Counsel for Plaintiffs*

s/Steven R. Smith
Steven R. Smith
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601
*Counsel for Defendants (BAC and
Bank of America)*

## CERTIFICATE OF SERVICE

I, Tara L. Goodwin, hereby certify that on April 18, 2011 I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following:

Steven R. Smith
srsmith@bryancave.com

Caroline Kwak
J. Michael Williams
ckwak@cohonraizes.com
mwilliams@cohonraizes.com

s/Tara L. Goodwin
Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Rupali R. Shah
EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603